**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ADAM F. G.<br>Plaintiff<br>v. | : | CIVIL ACTION |
| FRANK BISIGNANO,<br>Commissioner of the Social<br>Security Administration,<br>Defendant | : | NO. 25-6766 |

**ORDER**

**AND NOW**, this 28th day of July 2026, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document Nos. 10, 13) is **DENIED.**

**BY THE COURT**:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge